AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.
Jurijs Martisevs
aka
Jurijs Bereverovs

*Defendant*

Case No. 1:16-cr-228

**RECEIVED UNITED STATES MARSHAL**
2016 OCT 13 AM 7:40
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED JUN 29 2017 CLERK U.S. DISTRICT COURT

**UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jurijs Martisevs aka Jurijs Bereverovs,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. § 371 | Conspiracy. |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud. |
| 18 U.S.C. §§ 1343 & 2 | Wire Fraud & Aiding and Abetting. |
| 18 U.S.C. §§ 2 & 1030(a)(5)(A) | Computer Intrusion With Intent to Damage & Aiding and Abetting. |

Date: 10/12/16

*Issuing officer's signature*

Judith Lanham, Deputy Clerk
*Printed name and title*

City and state: Alexandria, Virginia

### Return

This warrant was received on *(date)* 10/13/16, and the person was arrested on *(date)* 6/28/17
at *(city and state)* Dulles, VA.

Date: 6/29/17

*Arresting officer's signature*

GERALD KIM, SPECIAL AGENT
*Printed name and title*