**Complete listing of court admissions for Alexey V. Tarasov**

| Name of Court | Date of Admission |
| --- | --- |
| U.S. Supreme Court | 1/21/2014 |
| Supreme Court of Texas (Bar No. 24075140) | 11/5/2010 |
| Supreme Court of Oklahoma (Bar No. 32926) | 9/19/2016 |
| Supreme Court of New York, Appellate Division, Third Department | 10/20/2016 |
| 2nd Cir. of Appeals | 5/7/2012 |
| 4th Cir. of Appeals | 10/16/2016 |
| 5th Cir. of Appeals | 5/8/2012 |
| 7th Cir. of Appeals | 9/21/2012 |
| 8th Cir. of Appeals | 4/9/2013 |
| 9th Cir. of Appeals | 3/19/2012 |
| 10th Cir. of Appeals | 6/4/2014 |
| U.S. District Court for the Southern District of Texas | 5/3/2012 |
| U.S. District Court for the District of Columbia | 4/3/2017 |
| U.S. District Court for the Southern District of New York | 10/13/2017 |
| U.S. District Court for the Eastern District of New York | 10/27/2017 |