IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. l:2016-cr-00228 |
| JURIJS MARTISEVS, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**MOTION TO SUBSTITUTE COUNSEL**

COMES NOW defendant Yury Martyshev, AKA Jurijs Martisevs, by counsel, and respectfully moves this Honorable Court to substitute counsel of record for Mr. Martyshev in the above-styled matter. Mr. Martyshev has retained the undersigned counsel and therefore, asks the Court to permit Eric E. Clingan to withdraw as counsel of record and requests that Alexey V. Tarasov be substituted as retained counsel of record for all further proceedings in this matter. The undersigned is associated with local counsel Elizaveta Krukova, who is also entering her appearance in this matter. Counsel has conferred with Mr. Martyshev, Mr. Clingan, and the Government on this matter.

Dated this 10th day of January, 2018.
Respectfully submitted,

/s/ Alexey V. Tarasov

Alexey V. Tarasov,
Attorney at Law
*Pro Hac Vice*
State Bar of Texas No. 24075140
**Counsel for Defendant**
5211 Reading Road
Rosenberg, Texas 77471
Tel.: 832-623-6250
Fax: 832-495-4168
E-mail: alexey@tarasovlaw.com

/s/ Elizaveta Krukova

Elizaveta Krukova,
Attorney at Law
*Local counsel*
VA Bar number 74312
National Capital Legal Services
150 S Washington St., Ste 202
Falls Church, Virginia 22046
Telephone: 703-534-5588
Fax: 703-534-5585
E-mail: ekrukova@ncls-inc.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Motion to Continue was filed and served electronically pursuant to the CM/ECF system on January 10, 2018, on all counsel of record.

/s/ Elizaveta Krukova

Elizaveta Krukova,
Attorney at Law
*Local counsel*
VA Bar number 74312
National Capital Legal Services
150 S Washington St., Ste 202
Falls Church, Virginia 22046
Telephone: 703-534-5588
Fax: 703-534-5585
E-mail: ekrukova@ncls-inc.net