IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | Criminal No. 2016-cr-00228 |
| JURIJS MARTISEVS, | ) ) | |
| Defendant. | ) ) ) | |

ORDER CONTINUING SENTENCING

Pursuant to the Unopposed Motion of defendant Jurijs Martisevs, upon consideration of the arguments of counsel, and for good cause appearing,

IT IS ORDERED that the defendant's Motion to Continue Sentencing be granted.

IT IS FURTHER ORDERED that the defendant's sentencing is continued from October 19, 2018, to April 19, 2019.

Dated: Oct 1, 2018

/s/
Liam O'Grady
United States District Judge